DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILFRED LOUIS** a/k/a **VALNESS JEAN-CHATTLES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2612

[March 7, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 05-3697CF10B.

Wilfred Louis a/k/a Valness Jean-Chattles, Mayo, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Melanie Dale Surber, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Wilfred Louis appeals the summary denial of a rule 3.850 motion for postconviction relief. We agree with appellant that the trial court erred in denying his claim of newly discovered evidence without an evidentiary hearing. *See Nordelo v. State,* 93 So. 3d 178 (Fla. 2012); *Barrow v. State,* 940 So. 2d 1235 (Fla. 5th DCA 2006).

*Reversed and remanded for further proceedings.*

MAY, DAMOORGIAN and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***